**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **CLIFFORD JAMES RICHARDSON, SR.** | **CASE NO. 3:20-CV-1050** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **US FEDERAL BUREAU OF INVESTIGATION, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**ORDER**

On December 15, 2020, Plaintiff Clifford James Richardson, Sr. ("Richardson") filed a "Reply" [Doc. No. 55] to Defendant Bayou Pawn Shop's Answer [Doc. No. 52].  Upon reviewing that filing, the Clerk of Court referred the Reply to the undersigned as a motion for permanent injunction.

Richardson does state in his filing that "[t]he relief is a 'Perspective Injunction'" that "preempts all state laws."  [Doc. No. 55].  It is unclear if Richardson seeks such relief and, if so, whether the relief is in the nature of preliminary or permanent injunction.

However, to the extent that Richardson seeks a preliminary injunction, he has failed to make a showing of the required elements.  *See Clark v. Prichard,* 812 F.2d 991, 993 (5th Cir. 1987) (A court may grant a preliminary injunction only if the movant establishes that (1)  there is a substantial likelihood that the movant will prevail on the merits; (2) there is a substantial threat that irreparable harm will result if the injunction is not granted; (3) the threatened injury (to the movant) outweighs the threatened harm to the defendant; and (4) he granting of a preliminary injunction will not disserve the public interest; *see also Commerce Park at DFW Freeport v. Mardian Cons. Co*., 729 F.2d 334, 341 (5th Cir. 1984) (All four of the requirements must be met in order to grant the TRO or preliminary injunction).  Accordingly,

**IT IS HEREBY ORDERED** that, to the extent that Richardson seeks a preliminary injunction, the motion is **DENIED**.

To the extent that Richardson seeks a permanent injunction, the Court will consider any such request as part of the relief sought.  There is no pending motion.  Rather, if Richardson prevails on the merits of his claims at a bench trial, the Court will consider whether an injunction is appropriate at that time.

MONROE, LOUISIANA, this 17th day of December, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

2