UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CLIFTON JAMES RICHARDSON, SR.** | **CASE NO. 3:20-CV-01050** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **U. S. FEDERAL BUREAU OF INVESTIGATIONS, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the motion to dismiss for lack of personal jurisdiction, for insufficiency of process, for insufficiency of service of process, and for failure to timely effect service [doc. # 63] filed by Defendant, U.S. Federal Bureau of Investigations, is GRANTED, and that Plaintiff's claims against said Defendant are hereby DISMISSED, without prejudice. FED. R. CIV. P. 12(b)(2), (4), and/or (5).

IT IS FURTHER ORDERED that the motion to dismiss for lack of subject matter jurisdiction, improper service, and for failure to state a claim upon which relief can be granted [doc. # 71] filed by Defendants, Fourth Judicial District Court and the Louisiana Department of Children & Family Services (named in the complaint, as "Child Support Payment Office") is GRANTED-IN-PART, and that Plaintiff's claims against said defendants are hereby DISMISSED, without prejudice. FED. R. CIV. P. 12(b)(2), (4), and/or (5).

IT IS FURTHER ORDERED that the motion to dismiss for failure to state a claim upon which relief can be granted [doc. # 42] filed by Defendant, Monroe City Police Department, is GRANTED, and that Plaintiff's claims against said Defendant, plus Defendants, Ouachita Parish

Juvenile Court, Ouachita Correctional Center, and Ouachita Parish Sheriff's Department, are hereby DISMISSED, with prejudice. FED. R. CIV. P. 12(b)(6).

IT IS FURTHER ORDERED that the motion to dismiss for failure to state a claim upon which relief can be granted and for judgment as a matter of law [doc. # 60] filed by Defendant, Bayou Pawn Shop, is GRANTED, and that Plaintiff's claims against said Defendant are hereby DISMISSED, with prejudice. FED. R. CIV. P. 12(b)(6) and/or (c).

IT IS FURTHER ORDERED that the motion to dismiss for failure to state a claim upon which relief can be granted [doc. # 68] filed by Defendant, Walmart Stores, Inc., is GRANTED, and that Plaintiff's claims against said Defendant are hereby DISMISSED, with prejudice. FED. R. CIV. P. 12(b)(6).

Monroe, Louisiana, this 30th day of March, 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE